620

722 A.2d 674

COMMONWEALTH of Pennsylvania

v.

Carol SLATER.

Appeal of WPXI, Inc.

No. 49 W.D. Appeal Docket 1998.

Supreme Court of Pennsylvania.

Jan. 11, 1999.

## ORDER

**PER CURIAM**

AND NOW, this 11th day of January, 1999, the above captioned matter is quashed.